# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jennifer Rogan<br>535 Pleasant Dr., Unit 1B<br>Glenwood, IL 60425<br><br>    Plaintiff,<br><br>v.<br><br>Allied Interstate, Inc.<br>c/o CT Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604<br><br>    Defendant. | Case No.:<br><br><br>**COMPLAINT FOR DAMAGES<br>UNDER THE FAIR DEBT COLLECTION<br>PRACTICES ACT AND OTHER<br>EQUITABLE RELIEF**<br><br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect a debt from Plaintiff allegedly owed to HSBC, which is a "debt" as defined by 15 U.S.C. §1692a(5).

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. On or around May 11, 2010, Defendant's employee telephoned Plaintiff's great-uncle in connection with the collection of the debt.

6. During this communication, Defendant's employee stated that Plaintiff owed a debt and that Defendant was a collection agency.

7. At the time of this communication, Defendant already had Plaintiff's home telephone number.

8. Defendant caused Plaintiff emotional distress.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

9. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

10. Defendant violated 15 U.S.C. § 1692c(b) by communicating with a third party in connection with the collection of the debt.

## JURY DEMAND

11. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

12. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    Bar ID # 6290807
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Email: tjs@legalhelpers.com
    Attorneys for Plaintiff